# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

**In re: Ernestine Robinson**                                      Case No. 16-30817-KLP
    **Debtor**                                                              Chapter 13

---

**ERNESTINE ROBINSON,** *individually and on behalf of a class of similarly situated individuals,*

    **Plaintiff,**

v.                                                                                 Adv. Pro. No. 17-03023-KLP

**PORANIA LLC, and**
**BILTMORE ASSET MANAGEMENT, LLC,**

    **Defendants.**

---

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please withdraw the Notice of Appearance of Dale W. Pittman (Doc. #50) as counsel for Plaintiff, Ernestine Robinson, in the above-referenced proceeding. The Notice of Appearance was inadvertently filed under an incorrect case number.

| | | |
|---|---|---|
| Emily Connor Kennedy (VSB #83889) | Dale W. Pittman (VSB #15673) | Thomas D. Domonoske (VSB # 35434) |
| Mark C. Leffler (VSB #40712) | THE LAW OFFICE OF DALE W. PITTMAN, P.C. | Consumer Litigation Associates |
| Boleman Law Firm, P.C. | The Eliza Spotswood House | 763 J. Clyde Morris Blvd., Suite 1A |
| 2104 W. Laburnum Ave., Suite 201 | 112-A West Tabb Street | Newport News, VA 23601 |
| Richmond, VA 23227 | Petersburg, VA 23803 | Telephone (540) 442-7706 |
| Telephone (804) 358-9900 | Telephone (804) 861-6000 | Counsel for Plaintiff |
| Counsel for Plaintiff | Counsel for Plaintiff | |

Respectfully submitted,
**ERNESTINE ROBINSON**
By:  /s/ Dale W. Pittman
Dale W. Pittman (VSB #15673)
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
Telephone (804) 861-6000
Counsel for Plaintiff

Emily Connor Kennedy (VSB #83889)
Mark C. Leffler (VSB #40712)
Boleman Law Firm, P.C.
2104 W. Laburnum Ave., Suite 201
Richmond, VA 23227
Telephone (804) 358-9900
Counsel for Plaintiff

Thomas D. Domonoske (VSB #35434)
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd., Suite 1A
Newport News, VA  23601
Telephone (540) 442-7706
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

   I certify that on April 6, 2017, I have transmitted a true copy of the foregoing document by CM/ECF to all interested parties of record

/s/ Dale W. Pittman
Counsel for Plaintiff

2